UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA



FILED
MAY 28 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Vontre Knight, et al.,

        Plaintiffs,

vs.

City of Sacramento, et al.,

        Defendants,

No. 2:12-cv-0346-JAM-KJN

### ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Tommy Martinez, inmate # X3120888, a necessary and material witness in proceedings in this case on June 30, 2014, is confined at Rio Cosumnes Correctional Facility, 12500 Bruceville Road, Elk Grove, CA 95757, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of the correctional facility to produce the inmate in Court, in Courtroom 6, United States Courthouse, 501 I Street, Sacramento, California on June 30, 2014, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk of the Sacramento County Jail. Sacramento, California 95814, or to such other correctional facility in which plaintiff may be housed during his trial.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Warden of the Rio Cosumnes Correctional Facility

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day to completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: 5-28-2014

_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE